Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the
Southern District of California
Southern Division

**FILED**
Oct 02 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ armincortez   DEPUTY

Vincent dba VINCENT PATRICK PRICE
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

San Diego Police Department / A to Z Towing
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. **'24CV1758 AGS BLM**
(to be filled in by the Clerk's Office)

## COMPLAINT AND REQUEST FOR INJUNCTION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Vincent dba VINCENT PATRICK PRICE |
| Street Address | 3764 Governor Drive |
| City and County | San Diego    San Diego |
| State and Zip Code | California    92122-2419 |
| Telephone Number | 619-606-5434 |
| E-mail Address | vprice27@yahoo.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 6

**Defendant No. 1**

Name: San Diego Police Department
Job or Title (if known):
Street Address: 5215 Gaines Street
City and County: San Diego, San Diego
State and Zip Code: California 92110
Telephone Number: 619-692-4800
E-mail Address (if known):

**Defendant No. 2**

Name: A to Z Towing
Job or Title (if known):
Street Address: 9150 Chesapeake Drive Suite 240
City and County: San Diego, San Diego
State and Zip Code: California 92123
Telephone Number: 858-492-5252
E-mail Address (if known):

**Defendant No. 3**

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

**Defendant No. 4**

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. *Thompson vs. Smith, 154 SE 579    Murdock vs. Pennsylvania (1943), 319 U.S. 105, 14th Amendment, Constitutional Law, Sec. 329 pg 1135, Kent v. Dulles, 357 U.S. 116 (1958) The Supremacy Clause (Article VI, Clause 2), Common Law Rights, II Am. Jur. (1st) Constitutional Law, Sec. 329, p 1135 Chicago Motor Coach Company vs. City of Chicago, 337 Ill. 200, 169 N.E. 22., 42 U.S.C. § 1983*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)    *I, Vincent, doing business as VINCENT PATRICK PRICE, a living man, being duly sworn, hereby declare my intention to be a National, but, not not a citizen of the United States.*

   a. If the plaintiff is an individual

   The plaintiff, *(name)* *Vincent dba VINCENT PATRICK PRICE*, is a citizen National of the State of *(name)* *California*.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

   and has its principal place of business in the State of *(name)*

   _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of

   *(foreign nation)* _____.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

b. If the defendant is a corporation

The defendant, (name) *San Diego Police Department / A to Z Towing*, is incorporated under the laws of the State of (name) *California*, and has its principal place of business in the State of (name) *California*.

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) *San Diego*.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

*$469,120,000 —*
*30 days*
*My mitigation of damages. $1,600 per minute*

*$432,000,000 — Reason; the license plates I have on this Automobile at issue, has a Schedule Fee Posted on its face. It states, "Notice, UCC 9-109(1) Private Property Non-Commercial No Trespassing Not For Hire D.O.T. EXEMPT", in addition, "Notice of FEE Schedule You Agree to Pay $19,000 for each minute delayed or detained from A NON-Emergency Traffic Stop.". Picture of License Plate Attached*

III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

*The location of occurrence is 1200 Morena Boulevard, San Diego California., Near Viola Street, on Morena Boulevard facing South.*

B. What date and approximate time did the events giving rise to your claim(s) occur?

*August 1st, between 7am - 10:30 am, Approximately*

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* I parked my Automobile at 1200 Morena Boulevard on Wednesday July 31st. When I returned the next day, on the 1st of August, my Automobile was gone, and I did an investigation to find out my Private Automobile had been towed.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured. The Irreparable Injury is do to my Common Law Rights being violated and infringed upon without any Equitable relief. Monetary damages alone are not sufficient to enforce the protection of my Common Law Rights, however, a court order enforcing protection of my Common Law Rights is necessary to avoid further violations in the future.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. The Damages I have calculated are based on my posted FEE SCHEDULE located on my Automobiles license plates. See attached photo. The license plates state: "Notice of FEE Schedule You agree to pay $10,000 for each minute delayed or detained from A Non-Emergency Traffic stop." When my Automobile was towed, I was delayed from travel, my Right to travel in my Private Automobile is being violated Right now. I express this writing in Good Faith and mitigate damages to $1,600 per minute. from August 1st 2024, In Addition, I seek Injunctive Relief to avoid future violation of my Rights and Liberties.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: October 2nd 2024

Signature of Plaintiff: Vincent dba Vincent Patrick Price

Printed Name of Plaintiff: Vincent Patrick Price

ucc 1-308 All Rights Reserved without prejudice

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____



